**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tomu, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Tomu Haus** <br> **FDBA  Meeting Hill Capital, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-5021593** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **18450 Showalter Road Bay # 4** <br> **Hagerstown, MD 21742** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Washington** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)     **https://tomuhaus.com/**

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Tomu, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
__2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | | | |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | Tomu, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | Christopher Osaka | Relationship | Owner of 85% of Debtor |
| | District | D.D.C. | When | 6/25/25 | Case number, if known | 25- |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency  _____
           Contact name      _____
           Phone             _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Tomu, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2025**
                MM / DD / YYYY

**X** **/s/ Christopher Osaka**                                  **Christopher Osaka**
   Signature of authorized representative of debtor              Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Justin P. Fasano**                          Date    **June 25, 2025**
   Signature of attorney for debtor                            MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **301-441-2420**        Email address    **jfasano@mhlawyers.com**

**MD21201 DC**
Bar number and State

**Resolutions of**
**TOMU, INC.**

WHEREAS, the undersigned, being the president, sole director, and majority shareholder of Tomu, Inc. (the "Company"), does hereby resolve as follows:

WHEREAS, the Company has determined it advisable and in its best interests to ratify and approve all such corporate actions noted herein;

WHEREAS, the Company has determined that it is in the best interests of the Company, its creditors, members and other interested parties that the Company file a petition for relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Chapter 7 Case"); and

WHEREAS, the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the prospects and options for successfully reorganizing or liquidating through a chapter 11 bankruptcy proceeding;

NOW THEREFORE, IT IS HEREBY:

RESOLVED, that the Company shall file a voluntary petition for relief under the provisions of  chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia or such other jurisdiction as advisors to the Company shall recommend (the "Bankruptcy Court") under the provisions chapter 7 of the Bankruptcy Code in such form and at such time as the Company shall determine; and it is

FURTHER RESOLVED, that the Company shall retain the law firm of McNamee Hosea, P.A., to render legal services to the Company and to represent the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that the Company shall retain such other professionals as are necessary to perform professional services to the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as its officers shall approve; and it is further

FURTHER RESOLVED, that all acts, actions and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the

foregoing resolutions except that such acts were taken before those resolutions were certified, including without limitation all acts lawfully done or actions lawfully taken by the Company to seek relief of behalf of the Company under chapter 7 of the Bankruptcy Code be and are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

Date: June 25, 2025                    TOMU, INC.

                                       By Christopher Osaka

                                       /s/ Christopher Osaka
                                       President and Sole Director

**Fill in this information to identify the case:**

Debtor name  **Tomu, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 25, 2025**     *X* **/s/ Christopher Osaka**
_____
Signature of individual signing on behalf of debtor

**Christopher Osaka**
_____
Printed name

**President**
_____
Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name   **Tomu, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $   **610,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $   **655,636.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $   **1,265,636.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **501,779.92**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **437,783.96**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **4,345,637.58**

4.   Total liabilities ........................................................................................................................
Lines 2 + 3a + 3b   $   **5,285,201.46**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Tomu, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase 7695 (negative balance)** | **Checking** | **7695** | $0.00 |
| 3.2. | **Capital Bank** | **Checking** | **0115** | $975.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                                          | $975.00 |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit for Rent** | $19,125.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Tomu, Inc.**
_____    Case number *(If known)* _____
        Name

        Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                        | $19,125.00 |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10.  **Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:    Investments**

13.  **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   Raw materials<br>See Exhibit B19 | | $400,000.00 | | $400,000.00 |
| 20.   Work in progress<br>Unassigned WIP<br><br>Junior Villa: $30,000<br>Studio: $25,000<br>1-Bedroom $105000 | | $0.00 | | $160,000.00 |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                      | $560,000.00 |
        Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **Tomu, Inc.**
Name

Case number *(If known)*

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** **See Exhibit B-39** | **$0.00** | | **$9,120.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
| --- | --- |
| | **$9,120.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

---

Debtor    **Tomu, Inc.**
_____    Case number *(If known)* _____
Name

| See Exhibit B50 | $0.00 | | $66,416.00 |
|---|---|---|---|

**51.**    **Total of Part 8.**

$66,416.00

Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Commercial Lease 18450 Showalter Road Bay # 4 Hagerstown, MD 21742 5 years, two months remaining** | Leasehold | $0.00 | | Unknown |
| 55.2.    **WIP - Assigned** **Volkman - $90,000 Kirn: $180,000 Hillebrand - $110,000 Okath: $100,000 Govani - $65,000 Hagen - $25,000 Sharp/ Malek: $40,000** | | $0.00 | | $610,000.00 |

**56.**    **Total of Part 9.**

$610,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

Debtor    **Tomu, Inc.**
_____    Case number *(If known)* _____
Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites https://tomuhaus.com/ https://www.instagram.com/tomu_haus/?hl=en (105,000 followers) https://x.com/tomu_haus?lang=en https://www.linkedin.com/company/tomuhaus (1,317 followers)** | **$0.00** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Tomu, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $975.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,125.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $560,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,120.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $66,416.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $610,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $655,636.00 | + 91b. $610,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,265,636.00 |

# In re Tomu, Inc.

## Exhibit B19

## Raw Materials

| RAW MATERIALS | | |
|---|---|---|
| Ext Sheet - 390 shts | $ | 18,000 |
| i-joist 2.5x9.5 - 2424 LF | $ | 6,500 |
| SIP - 9 | $ | 5,000 |
| 1/2 in OSB - 55 shts | $ | 1,000 |
| 3/4 floor deck - 34 shts | $ | 1,500 |
| 2x10x12 - 130 pcs | $ | 2,500 |
| 2x8x10 - hack | $ | 1,500 |
| 2x6x12 - 195 pcs | $ | 1,500 |
| 2x6x8 - 342 | $ | 2,500 |
| 2x4x12 - 1.5 hack | $ | 3,000 |
| LVL 12 ft - 30 | $ | 2,000 |
| LVL 7ft - 41 | $ | 1,500 |
| LVL 38 ft - 12 | $ | 2,500 |
| Insulation R23 16" - 12 bund | $ | 1,000 |
| R30 24" Rockwool - 8 bund | $ | 1,000 |
| R30 24" Fiberglass - 24 bund | $ | 2,500 |
| Flooring - 75 bx @ 15.91 sf/bx | $ | 8,500 |
| Shower pan - 4x5 - 3x | $ | 1,500 |
| backerboard 3x5 - 120 pcs | $ | 1,500 |
| 3/4x1 3/4 x 144" PVC | $ | 3,000 |
| house wrap 11000 SF | $ | 500 |
| Drywall mud - 7 pales | $ | 200 |
| 8 ft awning 25 pcs | $ | 40,000 |
| Counters 7.5x2 - 29 pcs | $ | 26,000 |
| 4x2 - 33 pcs | $ | 16,000 |
| 4x2.5 - 7 pcs | $ | 4,500 |
| Windows 12x8 - 12 pcs | $ | 72,000 |
| 3x8 - 12 pcs | $ | 21,000 |
| 18x60 - 9 pcs | $ | 11,000 |
| 3x5 - 6 | $ | 6,000 |
| 3'6" x 3 - 4 pcs | $ | 2,500 |
| Okoth Old Windows | $ | 13,000 |
| Pro Via Doors - 4 pcs | $ | 7,000 |
| Simpson post caps - 56 pcs | $ | 6,000 |
| ccq 6 - 33 | $ | 3,500 |

| | | |
|---|---|---|
| hdu4 - 42 pcs | $ | 1,300 |
| hdu5 - 460 pcs | $ | 16,000 |
| its 2.5x9.5 - 180 pcs | $ | 1,000 |
| hducq 5.25 - 49 pcs | $ | 1,000 |
| huc 6x12 - 144 pcs | $ | 3,000 |
| cs18r - 350 ft | $ | 500 |
| Appliances - minisplits mitsubish - 2x | $ | 6,000 |
| emaxx water heater 2x | $ | 1,500 |
| 2brn cooktop 4x | $ | 1,000 |
| 4brn cook 12x | $ | 5,000 |
| Microwaves - 19x | $ | 14,500 |
| Dishwasher 18x | $ | 12,500 |
| oven 3x | $ | 2,500 |
| small fridge 15x | $ | 16,500 |
| tubs - 3x | $ | 4,000 |
| toilet 1x | $ | 1,500 |
| Misc.& consumables | $ | 15,000 |
| **Total** | **$** | **400,000** |

# In re Tomu, Inc.

## Exhibit B39

## Equipment

| | |
|---|---|
| Fork Lift | $ 14,000 |
| Scissor Lift | $ 6,000 |
| Fume Dog  Air Filter | $ 6,000 |
| Rubi DCX250 1550 Pro Bridge Saw | $ 2,995 |
| Forklift Lifting Hook Ext | $ 700 |
| Grizzly 5 HP 10" Table saw 7' rails | $ 2,600 |
| Grizzly 5 HP 10" Table saw 7' rails | $ 2,600 |
| Grizzly 3 HP Dust Collector | $ 1,700 |
| Grizzly 1.5 HP Dust Collector | $ 1,100 |
| Dust collection Pipe Systems (2 locations) | $ 6,000 |
| Sasquatch Bigfoot Saw | $ 735 |
| Milwaukie 12 Compound Slide Miter Saw | $ 859 |
| Milwaukie 12 Compound Slide Miter Saw | $ 859 |
| Dewalt 12 Compound Chop Saw | $ 299 |
| Dewalt 12 Compund Slide Miter Saw | $ 499 |
| Floor Fans (4) | $ 1,200 |
| Porter Cable 20 Gal Compressor | $ 450 |
| Pallet Jack | $ 395 |
| Rolling Scaffold Unitc(x2) | $ 500 |
| Drywall Carts (x2) | $ 620 |
| HVLP Avanti System | $ 600 |
| Strapping Machine | $ 705 |
| Misc Cordless Tools/Portable Equipment | $ 15,000 |
| | |
| **Total** | **$ 66,416** |

# In re Tomu, Inc.

## Exhibit B39

## Office Furniture

| | |
|---|---|
| 6x Workstations: Desks w/ monitors & chairs | $ 4,200 |
| 2x Conference Tables | $ 3,000 |
| Breakroom Refrigerator | $ 1,000 |
| 8x Conference Chairs | $   320 |
| Misc. Tables & Chairs | $   500 |
| | |
| Grand Total | **$ 9,020** |

**Fill in this information to identify the case:**

Debtor name    **Tomu, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Capital Bank, N.A.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Substantially all assets.** | $501,779.92 | $0.00 |

**Capital Bank, N.A.**
Creditor's Name

**2275 Research Boulevard**
**Suite 600**
**Rockville, MD 20850**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1817**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Substantially all assets.**

Describe the lien
**UCC-1 (possibly filed in wrong state)**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $501,779.92

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name  **Tomu, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
     with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Comptroller of Maryland<br>Revenue<br>110 Carroll Street<br>Annapolis, MD 21411** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$52,519.96** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales and Payroll Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes - Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Tomu, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67,340.00 | $3,800.00 |
|---|---|---|---|---|

**John Foss and Scott Barsin**
**312 Sunset Road**
**West Palm Beach, FL 33401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,000.00 | $3,800.00 |
|---|---|---|---|---|

**Marteen Besteder**
**5016 Mission Boulevard**
**San Diego, CA 92109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233,100.00 | $3,800.00 |
|---|---|---|---|---|

**Matthew Kirn**
**3839 Fair Oak Circle**
**Fairfax, VA 22030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit, work mostly complete**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,780.00 | $17,150.00 |
|---|---|---|---|---|

**Tyler Charles**
**160616 Dublin Road**
**Walkersville, MD 21793**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Commission**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,044.00 | $3,800.00 |

**William Sturm**
**24540 North Elm Road**
**Lake Forest, IL 60045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,345,754.40 |

**8150 Properties, Inc.**
**800 Van Cliburn Way # 6021**
**Fort Worth, TX 76107**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer rescission complaint, $1,345,754.30 paid**

**3 out of 4 1BR units partially complete**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,186.50 |

**84 Lumber**
**6150 Buchanan Trail East**
**Waynesboro, PA 17268**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6000**

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,500.00 |

**Aaron & Jennifer St. Pierre**
**30 Balsam Drive**
**Readfield, ME 04355**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |

**Agna Guden**
**1838 Flagstaff Ct**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**Aiste Cechaviciute**
**5850 Birch Ct**
**Apt 10**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |

**Aiste K Guden**
**1442 Kentfield Ave**
**#A**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |

**Alexander Young**
**2470 Manderville Lane**
**Apt 1412**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00** |

**almuruna farada trust**
**11816 INWOOD RD**
**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |

**Anna Marie Charles**
**9428 Berkley Lane**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |

**Annette Yvonne Johnson**
**29 West Baltimore Street**
**Funkstown, MD 21734**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |

**Antonio San Martin**
**815 Evian**
**San Antonio, TX 78260**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |

**Arminas Wagner**
**2506 Grassy Spring Pl**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.13** | Nonpriority creditor's name and mailing address | $250.00
**ATINUKE ABIJO**
**901 Riggins Road**
**733**
**Tallahassee, FL 32308**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | $250.00
**baris guler**
**15211 Cabrillo Way**
**Austin, TX 78738**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | $9,506.19
**Bedrosians Tile & Stone**
**4460 West Shaw Avenue**
**Fresno, CA 93722**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | $250.00
**Benjamin Droz**
**57 N st NW**
**#222**
**Washington, DC 20001**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | $2,136.88
**BFS Operations, LLC. (TW Perry)**
**8101 Snouffer School Road**
**Gaithersburg, MD 20879**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | $1,000.00
**Brad Gleeson**
**31600 Night Owl Ave Ave NE**
**Kingston, WA 98346**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | $500.00
**Brady Rall**
**1101 N Kentucky St**
**Arlington, VA 22205**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Startengine investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tomu, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.20** | Nonpriority creditor's name and mailing address
**Brenda Okoth**
**11816 Inwood Road**
**Unit 70572**
**Dallas, TX 75224**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$116,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Client for Studio V0.0; client has paid $116,000 of $145,000 contract; unit 90-95% complete**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.21** | Nonpriority creditor's name and mailing address
**Brigit Cheshire**
**2567 NW Northrup St**
**Portland, OR 97210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$250.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address
**Bryan Grudowski**
**3221 Commerce St. #409**
**Dallas, TX 75226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$5,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address
**Capital Bank, N.A.**
**2275 Research Boulevard Suite 600**
**Rockville, MD 20850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$50,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address
**Capital Electric**
**12111 Insurance Way**
**Hagerstown, MD 21740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$213.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address
**CARTER LUMBER**
**601 Tallmadge Road**
**Kent, OH 44240**

Date(s) debt was incurred _

Last 4 digits of account number  **0002**

As of the petition filing date, the claim is: *Check all that apply.* **$22,483.27**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address
**Castaway Plumbing, Inc.**
**9136 Reichs Ford Road**
**Frederick, MD 21704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$6,878.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Labor/ Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tomu, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**Cechavicius Family Living Trust**
**8 MONTANA CT**
**PO BOX 275**
**Blue Diamond, NV 89004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Charles Megwa**
**125 Church Street**
**Suite 90-104**
**Pembroke, MA 02359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**Charles Moore**
**1331 Appling Dr**
**Mount Pleasant, SC 29464**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Chase**
**PO Box 1423**
**  NC 28200-1423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$10,161.28**

---

**3.31** | Nonpriority creditor's name and mailing address
**Chase**
**PO Box 1423**
**  NC 28200-1423**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$67,692.06**

---

**3.32** | Nonpriority creditor's name and mailing address
**Cheryle R Muckey**
**409 5th St S**
**Ellendale, ND 58436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**Christopher Andrew Wan**
**715 Lake Shore Drive**
**Parsippany, NJ 07054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

| Debtor | Tomu, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

Christopher Bouthilette
910 M St NW
Apt 704
Washington, DC 20001

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Christopher Davis
303 Perimeter Center N Ste 300
Atlanta, GA 30346

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,628.40**

Christopher Osaka
57 N St NW # 120
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Founder Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,205.00**

CLARIAN COUNSEL
700 12th Street Suite 700
Washington, DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$251.00**

Cody Heisinger
181 Brookdale Road
Stamford, CT 06903

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00**

Cody Heisinger
181 Brookdale Road
Stamford, CT 06903

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Cody Heisinger
181 Brookdale Road
Stamford, CT 06903

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**Cody James Patterson**
**8236 97th Ave**
**Vero Beach, FL 32967**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00**

**Comfort Design Inc.**
**620 Pennsylvania Ave.**
**Winchester, VA 22604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Business debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00**

**Craig F Pfannenstiehl**
**101 Deer Path Lane**
**Weston, MA 02493**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Daina Kuzmickas**
**8005 Gramercy Blvd**
**Apt 301**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126,651.00**

**Daniel Hagen**
**420 Del Norte Street**
**Los Angeles, CA 90065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __StudioV1.0; $126,651 of $153,500 paid, construction approximately 20% complete__

Is the claim subject to offset? ☐ No ■ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Daniel Theo- Gonzalez**
**3231 Dewer On**
**Honolulu, HI 96818**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**David Glen Carpenter**
**175 1st st s 3401**
**Saint Petersburg, FL 33701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Dawn Blessing**
**1283 Portola Dr**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Dawn Wetterhahn**
**275 Marlboro Road**
**Wood Ridge, NJ 07075**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,995.00**

**DeLeon & Stang CPAs and Advisors**
**150 S East St.**
**Suite 103**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Demetria Larsen**
**1744 W Montana Ct**
**Nixa, MO 65714**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Devin Lovgren**
**1017 8th Street**
**Fairbury, NE 68352**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Douglas J Muckey**
**409 5th St S 693**
**Ellendale, ND 58436**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Douglas J Muckey**
**409 5th St S 693**
**Ellendale, ND 58436**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Duane Jones**
**2103 W Canyon Dr**
**Coeur D Alene, ID 83815**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Edward Medlock**
**19 Palmer Lane**
**Asheville, NC 28804**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Edward Medlock**
**19 Palmer Lane**
**Asheville, NC 28804**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,570.00** |
|---|---|---|---|

**Edward Uhler**
**5454 SW 28th Ave**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Eleanor Wynn**
**6311 Palomino Way**
**West Linn, OR 97068**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Elizabeth Hartley**
**110 Gulf Shore Dr**
**Unit 424**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Emily Strong**
**1699 Longwood Drive**
**Cleveland, OH 44124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.62** | **Nonpriority creditor's name and mailing address**
**Farbod Farzan**
**1500 Harbor Blvd**
**242**
**Weehawken, NJ 07086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.63** | **Nonpriority creditor's name and mailing address**
**Fastenal Company**
**2001 Theurer Blvd.**
**Winona, MN 55987**

Date(s) debt was incurred _
Last 4 digits of account number **2905**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.64** | **Nonpriority creditor's name and mailing address**
**Gintare Dailey**
**1285 Tomahawk Dr**
**Salt Lake City, UT 84103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.65** | **Nonpriority creditor's name and mailing address**
**Gisela PerezGonzalez**
**12812 Raysbrook Drive**
**Riverview, FL 33569**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$414.06**

---

**3.66** | **Nonpriority creditor's name and mailing address**
**Gloria Su**
**6263 Ivar Ave.**
**Temple City, CA 91780**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.67** | **Nonpriority creditor's name and mailing address**
**Gordon Electric Supply, Inc.**
**1290 North Hobbie Avenue**
**Kankakee, IL 60901-0231**

Date(s) debt was incurred _
Last 4 digits of account number **3416**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5.96**

---

**3.68** | **Nonpriority creditor's name and mailing address**
**Gordon Lee Osaka**
**35 All Saints St**
**319**
**Frederick, MD 21701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | Tomu, Inc. | Case number (if known) | |
|---|---|---|---|

---

**3.69**

Nonpriority creditor's name and mailing address
**Greg Sloan**
**4324 Walsh Drive**
**Atlanta, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.70**

Nonpriority creditor's name and mailing address
**Hagerstown Kitchens, Inc.**
**19221 Longmeadow Road**
**Hagerstown, MD 21742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,771.72**

---

**3.71**

Nonpriority creditor's name and mailing address
**Hagerstown Paint & Glass Co., Inc.**
**18136 Oak Ridge Drive**
**Hagerstown, MD 21740**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$63,955.38**

---

**3.72**

Nonpriority creditor's name and mailing address
**Hampton Inn - Hagerstown I-81 HGRMG**
**18300 Peak Circle**
**Hagerstown, MD 21742**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$399.84**

---

**3.73**

Nonpriority creditor's name and mailing address
**Hicksville Planing Mill**
**14464 Hicksville Road**
**Clear Spring, MD 21722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,357.00**

---

**3.74**

Nonpriority creditor's name and mailing address
**Hipolito Catarino**
**2251 Sahara Dr**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.75**

Nonpriority creditor's name and mailing address
**Hood Industries, Inc.**
**18450 Showalter Road**
**Bay #9**
**Hagerstown, MD 21742**

Date(s) debt was incurred _

Last 4 digits of account number  **3150**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,258.35**

---

| Debtor | **Tomu, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,982.56** |
|---|---|---|---|

**ICC NTA LLC**
**305 North Oakland Ave**
**P.O. Box 490**
**Nappanee, IN 46550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$570.00** |
|---|---|---|---|

**Igor Stankevic**
**Karaliauciaus g. 9A-38**
**Belle Rive, IL 62810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,500.00** |
|---|---|---|---|

**Immerse Stays MT LLC**
**Anejandro Bencomo**
**3815 Eastside St, #1006**
**Houston, TX 77098**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00** |
|---|---|---|---|

**Innovative Rock and Water Inc.**
**107 W 37th St**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Jacent Davis**
**1705 Porchrest Way**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jeffry Mercado**
**201 Park Plaza**
**C514**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jimmie Reives**
**2984 N Fork Rd**
**Fernley, NV 89408**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tomu, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.83**

Nonpriority creditor's name and mailing address
**John Nevin**
**101 Clapboard Hill Rd**
**Westport, CT 06880**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Startengine investor_

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.84**

Nonpriority creditor's name and mailing address
**Jonathan Charles**
**9428 Berkley Ln**
**Frederick, MD 21701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _StartEngine Investor_

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.85**

Nonpriority creditor's name and mailing address
**Jonathan Charles**
**9428 Berkley Ln**
**Frederick, MD 21701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _StartEngine Investor_

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.86**

Nonpriority creditor's name and mailing address
**Joseph Champlin**
**200 E Church St**
**Frederick, MD 21701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _StartEngine Investor_

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.87**

Nonpriority creditor's name and mailing address
**Josiah Barnes**
**311 Hart St**
**2A**
**Brooklyn, NY 11206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _StartEngine Investor_

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.88**

Nonpriority creditor's name and mailing address
**Josiah Barnes**
**311 Hart St**
**2A**
**Brooklyn, NY 11206**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _StartEngine Investor_

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.89**

Nonpriority creditor's name and mailing address
**JPMorgan Chase**
**270 Park Avenue**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Overdrawn bank account_

Is the claim subject to offset? ■ No ☐ Yes

**$2,925.93**

---

| Debtor | Tomu, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Julie Ahn**
**6618 Morning View Court**
**Alexandria, VA 22315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Justin LeBlanc**
**115 St. Moritz Dr.**
**Tafton, PA 18464**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Kasey Wertheim**
**401 Sandy Hollow Road**
**Bridgeport, WV 26330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Kevin McGowan**
**200 Farm Ln**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Kyle Istvanditsch**
**4508 Alverstone Pl**
**Lexington, KY 40515**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$1,549.00**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Larry Ginesi**
**1620 Carneros Meadows Ln**
**Ste 16**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Larry Ginesi**
**1620 Carneros Meadows Ln**
**Ste 16**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __StartEngine Investor__

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

| Debtor | **Tomu, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Lauren Hughes**
**9443 Flowerden Lane**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Liam Millette**
**54 Bishop Dr**
**Cumberland, RI 02864**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Lisa Cronk**
**316 Hamilton St**
**Evanston, IL 60202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,448.00** |
|---|---|---|---|

**Lucas Sharp and Chantra Malee**
**17 Madrone Avenue**
**Woodacre, CA 94973**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Jr. Villa, $87,448 of $170,000 paid, construction about 10% complete**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167,180.00** |
|---|---|---|---|

**Lucas Sharp and Chantra Malee**
**17 Madrone Avenue**
**Woodacre, CA 94973**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2 Bedroom, $167,180.00 of $325,000 paid, construction about 10% complete**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Maansi Viresh Doshi**
**1409 La Salle Drive**
**Turlock, CA 95382**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Mark Matson**
**823 NE Failing**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tomu, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.104** | Nonpriority creditor's name and mailing address | | **$3,000.00**

Mark Meer
2845 Council Street
Los Angeles, CA 90026

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | | **$2,000.00**

Mark Ray Bergthold
2515 NW Chapel Hill Drive
Woodland, WA 98674

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | | **$343,675.00**

Mark Volkmann
656 Coleman Boulevard
Suite 705
Mount Pleasant, SC 29464

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **2 Bedroom, $343,675.00 of $368,500.00 paid, about 40-50% complete**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | | **$292,136.00**

Mark Volkmann
656 Coleman Boulevard
Suite 705
Mount Pleasant, SC 29464

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Four 1BR units, $292,136 of $940,000 paid, construction not started, approvals obtained**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | | **$241,491.60**

Matthew Kirn
3839 Farr Oak  Circle
Fairfax, VA 22030

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **2 Bedroom unit, $241,491.60 of $259,000 contract paid, unit about 90% complete**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | | **$250.00**

Matthew Patrick Callahan
9324 NE Levee Rd.
Portland, OR 97211

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | | **$250.00**

Maurice Thompson
1301 North Stockton Street
Stockton, CA 95203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,254.70 |

**MB Aparat**
**Vytenio st. 50-306**
**Contoocook, NH 03229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**Megan Schaefer**
**4 Steven Luke Ln**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**Michael Baldacchino**
**26 Cypress Drive**
**Eustis, FL 32726**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Michael Hillebrand**
**16 Ledgewood Drive**
**Smithtown, NY 11787**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Client claim, unit is ready to be picked up, debtor unable to deliver, client has paid $122,248.00**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |

**Michael Hillebrand**
**16 Ledgewood Dr**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |

**Michael Paladino**
**2515 Peaceful Prairie Ct**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Michael Robertson**
**4208 Morningside Cir**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Michelle Bertrand**
**2 Parker Drive**
**Hudson, NH 03051**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle BertrandMichelle Bertrand**
**2 Parker Drive2 Parker Drive**
**Alto, GA 30510**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Mimi Kress**
**6630 Marywood Road**
**Bethesda, MD 20817**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Monette Balite-Lacap**
**6637  Salt Basin St**
**North Las Vegas, NV 89084**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Natalie Cordes**
**135 West 82nd Street**
**Apt 5**
**New York, NY 10024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Natalie Cordes**
**135 W 82nd Street**
**5**
**New York, NY 10024**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $698.91 |
|---|---|---|---|

**Neryo Davydov**
**400 NE 12th Ave #402**
**Hallandale, FL 33009**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.125**

**Nonpriority creditor's name and mailing address**

**New Heights Industrial Park, LLC**
**c/o The Bluestone Group,**
**225 Broadway, 32nd Floor**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent arrearages**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.126**

**Nonpriority creditor's name and mailing address**

**NKN Big Lost River, LLC**
**Attn: Stepanie Perenchio**
**PO Box 90 PMB 408**
**Sun Valley, ID 83353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **StudioV1.0; $64,439.20 of $155,500 paid, construction about 10% complete.**

Is the claim subject to offset? ☐ No  ☑ Yes

**$64,439.20**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**NKN Big Lost River, LLC**
**Attn: Stepanie Perenchio**
**PO Box 90 PMB 408**
**Sun Valley, ID 83353**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **1 Bedroom; $103,392.80 of $249,500.00 paid, construction about 10% complete.**

Is the claim subject to offset? ☑ No  ☐ Yes

**$103,392.80**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**Offsight Inc.**
**440 N BARRANCA AVE #8018**
**Covina, CA 91723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,757.00**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Patricia Anne Slagle**
**2457 Five Shillings Rd**
**Frederick, MD 21701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

**$250.00**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Paul Voss**
**6435 Woodland Ferry Rd**
**Seaford, DE 19973**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

**$250.00**

---

**3.131**

**Nonpriority creditor's name and mailing address**

**Penny Tiglias**
**75 Thayer Rd**
**Manhasset, NY 11030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,500.00**

---

Debtor    **Tomu, Inc.**                                                    Case number (if known) _____
_____
Name

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**Pillar One Consulting LLC**
**227 Armstrong Place**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,800.00** |
|---|---|---|---|

**PJ's Roofing, Inc.**
**103 Bosc Court**
**Thurmont, MD 21788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Labor/ materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**R.J. Lock & Security**
**1101 Jefferson Boulevard**
**Hagerstown, MD 21742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Ravikanth Darbha**
**1412 Sierra Glen Circle**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,495.26** |
|---|---|---|---|

**Richard Bronstein**
**1837 Ridgeview Dr**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,310.34** |
|---|---|---|---|

**Rick Jones Electric, LLC**
**8790 Rosehaven Lane**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Labor/ Material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,500.00** |
|---|---|---|---|

**Rick Jones Electric, LLC**
**8790 Rosehaven Lane**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Convertible Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$132,000.00** |
|---|---|---|---|

**Rimini Holdings Series, LLC**
**c/o Marco Govoni**
**17308 Stedman Drive**
**Dallas, TX 75252**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Customer arbitration demand, Studio V1.0 unit,**
**$132,000 of $145,000 contract paid.  Unit about 80% complete**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Roderick Herron**
**20236 Executive Drive**
**Tanner, AL 35671**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,430.00** |
|---|---|---|---|

**Rodriguez Wright**
**1390 North McDowell Boulevard**
**Suite G, 324**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Roman Smolevskiy**
**8634 Marsh Creek Ct**
**Roseville, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Ronald Mathew Abel**
**510 Mt Dell Dr**
**Clayton, CA 94517**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Rusne Kuzmickas**
**57 N St NW**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Ruta Kuzmickas**
**2215 NE 18th Ave**
**Portland, OR 97212**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Sachie Tani Kohlman**
**726 Dennis Ave**
**Silver Spring, MD 20901**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Saltavore Scanio**
**688 Lake Varuna Mews**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Startengine Investor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Sean Gill**
**80 Birch Hill Road**
**Stow, MA 01775**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Sean Lynch**
**6 Lyric Arbor Circle**
**Spring, TX 77381**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Shabnam Ahmed**
**6800 Willow Creek Road**
**Bowie, MD 20720**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Sharad Swami**
**12282 Lazio Ln**
**Frisco, TX 75035**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __StartEngine Investor__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.52** |
|---|---|---|---|

**Shawley's LP Gas**
**18034 Shawley Drive**
**Hagerstown, MD 21740**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  __4649__

Basis for the claim: __Business debt__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.153**

**Nonpriority creditor's name and mailing address**
**Shawna Dryden**
**1814 Mallow Street**
**Grovetown, GA 30813**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.154**

**Nonpriority creditor's name and mailing address**
**Simon Kelner**
**315 Kimball Ave**
**Westfield, NJ 07090**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.155**

**Nonpriority creditor's name and mailing address**
**Soo Choi**
**5712 Winner Ave**
**Baltimore, MD 21215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.156**

**Nonpriority creditor's name and mailing address**
**Spark Root Development LLC**
**c/o Sunil Lavani**
**6700 Bridge Hill COve**
**Austin, TX 78746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **4 Junior Villas; $218,317.20 of $352,000 paid, appx 10% complete**

Is the claim subject to offset? ☐ No ■ Yes

**$218,317.20**

---

**3.157**

**Nonpriority creditor's name and mailing address**
**Spark Root Development LLC**
**c/o Sunil Lavani**
**6700 Bridge Hill COve**
**Austin, TX 78746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **2 Junior Villas, $99,456.00 of $160,000 paid, 10% complete**

Is the claim subject to offset? ☐ No ■ Yes

**$99,456.00**

---

**3.158**

**Nonpriority creditor's name and mailing address**
**Spartan Forest Products**
**335 North Constitution Avenue**
**New Freedom, PA 17349**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,387.74**

---

**3.159**

**Nonpriority creditor's name and mailing address**
**SPARTAN SURFACES**
**SPARTAN SURFACES**
**PO BOX 69261**
**Baltimore, MD 21264-9261**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,809.68**

---

| Debtor | **Tomu, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.160** | **Nonpriority creditor's name and mailing address**

**Stanley Willis**
**2558 Shinnecock Ct**
**Murfreesboro, TN 37127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,500.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

**Stanley Willis**
**2558 Shinnecock Ct**
**Murfreesboro, TN 37127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$266.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**

**Stanley Willis**
**2558 Shinnecock Ct**
**Murfreesboro, TN 37127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$250.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**

**Stein Sperling**
**1101 Wootton Parkway**
**Suite 700**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$413.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**

**Steven DeSouza**
**1111 South Atlantic Street**
**Seattle, WA 98134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,500.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address**

**Stuart Forbes**
**211 Crosswind Drive**
**Waxahachie, TX 75167**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$1,000.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**

**Susan Deehan Slagle**
**2022 Rosemont Ave**
**Frederick, MD 21702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$250.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:   **StartEngine Investor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tomu, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.167**

**Nonpriority creditor's name and mailing address**
**TargetPath**
**9375 SW Commerce Circle, Ste 7**
**Wilsonville, OR 97070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.168**

**Nonpriority creditor's name and mailing address**
**TD Bank**
**1701 Route 70 East**
**Cherry Hill, NJ 08034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LOC**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.169**

**Nonpriority creditor's name and mailing address**
**Temperature Matters LLC**
**308 West 8th Street**
**Waynesboro, PA 17268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,225.00**

---

**3.170**

**Nonpriority creditor's name and mailing address**
**Texas Department of Licensing and Regula**
**P. O. Box 12157**
**Austin, TX 78711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$750.00**

---

**3.171**

**Nonpriority creditor's name and mailing address**
**Thomas Mueller**
**9571 Crestwood Lane**
**Anaheim, CA 92804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.172**

**Nonpriority creditor's name and mailing address**
**Thong Tran**
**910 M Street NW**
**704**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,075.00**

---

**3.173**

**Nonpriority creditor's name and mailing address**
**Thos. Somerville Co.**
**16155 Trade Zone Ave**
**Upper Marlboro, MD 20774**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$503.89**

---

Debtor    **Tomu, Inc.**                                                    Case number (if known) _____

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Tom Hillsten**
**367 18th St SE**
**Cedar Rapids, IA 52403**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Travis James Berrian**
**5306 se 17th ave**
**Portland, OR 97202**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Venkat rengaramani Gokuladoss**
**828 Terrastone Pl**
**Cary, NC 27519**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Vilija Kuzmickas**
**301 1st Ave New York**
**Washington, DC 20001**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.00 |
|---|---|---|---|

**Vinaykumar Bagam**
**15 Colonial Dr**
**Goshen, NY 10924**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **StartEngine Investor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,613.81 |
|---|---|---|---|

**VLMK Engineering & Design**
**3933 South Kelly Avenue**
**Portland, OR 97239**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,120.00 |
|---|---|---|---|

**VLP Law Group**
**446 Old County Road Suite 100-114**
**Pacifica, CA 94044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,353.42 |
|---|---|---|---|

**Wells Fargo**
**SBL PO Box 29482**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7465**

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**William Mullane**
**151 W 7th St**
**Apt 508**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Yuri Ohno**
**1200 Main Street**
**102**
**Trout Lake, WA 98650**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **StartEngine Investor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brian M. Maul**<br>**Law Office of Brian M. Maul, LLC**<br>**47 East South Street**<br>**Suite 401**<br>**Frederick, MD 21701** | Line  **3.139**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Eileen O'Brien**<br>**Bramnick Creed**<br>**4550 Montgomery Avenue Suite 760N**<br>**Bethesda, MD 20814** | Line  **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jacob Weddle**<br>**Remus, Weddle & Cavenee, LLC**<br>**18 West Church Street**<br>**Frederick, MD 21701** | Line  **3.133**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jacob Weddle**<br>**Remus, Weddle & Cavenee, LLC**<br>**18 West Church Street**<br>**Frederick, MD 21701** | Line  **3.137**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jacob Weddle**<br>**Remus, Weddle & Cavenee, LLC**<br>**18 West Church Street**<br>**Frederick, MD 21701** | Line  **3.26**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Tomu, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | **James Stone**<br>**Kane & Stone, P.A.**<br>**28 West Washington Street**<br>**3rd Floor**<br>**Hagerstown, MD 21740** | Line **3.71**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Laurence Schor, Esq. et al.**<br>**Asmar Schor & McKenna PLLC**<br>**5335 Wisconsin Ave NW Suite 950**<br>**Washington, DC 20015** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Lexington Realty International**<br>**911 East County Line Road # 206**<br>**Lakewood, NJ 08701** | Line **3.125**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Neuberger, Quinn, Gielen, Rubin & Gibber**<br>**1 South Street, 27th Floor**<br>**Attn: Isaac M. Neuberger, Esq.**<br>**Baltimore, MD 21202** | Line **3.125**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **William C. Wantz, Esq.**<br>**123 West Washington Street**<br>**Hagerstown, MD 21740** | Line **3.114**<br>☐ Not listed. Explain ____ | _ |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 437,783.96 |
| **5b. Total claims from Part 2** | 5b. | + $ | 4,345,637.58 |
| **5c. Total of Parts 1 and 2**<br>      Lines 5a + 5b = 5c. | 5c. | $ | 4,783,421.54 |

---

**Fill in this information to identify the case:**

Debtor name    **Tomu, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for Hyster S50FT Cushion Tire Sit-Down I.C.E. Fider Forklift** | |
| State the term remaining | **Five years even** | |
| List the contract number of any government contract | _____ | **Eastern Lift Truck Co.**<br>**18122 West Oak Ridge Drive**<br>**Hagerstown, MD 21740** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
| State the term remaining | **5 years, 2 months** | |
| List the contract number of any government contract | _____ | **New Heights Industrial Park, LLC**<br>**c/o The Bluestone Group,**<br>**225 Broadway, 32nd Floor**<br>**New York, NY 10007** |

---

**Fill in this information to identify the case:**

Debtor name    **Tomu, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Christopher Osaka** | **57 N St NW # 120 Washington, DC 20001** | **Capital Bank, N.A.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Christopher Osaka** | **57 N St NW # 120 Washington, DC 20001** | **Capital Bank, N.A.** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.3 | **Christopher Osaka** | **57 N St NW # 120 Washington, DC 20001** | **Chase** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.4 | **Christopher Osaka** | **57 N St NW # 120 Washington, DC 20001** | **Chase** | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.5 | **Christopher Osaka** | **57 N St NW # 120 Washington, DC 20001** | **Wells Fargo** | ☐ D _____<br>■ E/F __3.181__<br>☐ G _____ |

| Debtor | **Tomu, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.6 | **Christopher Osaka** | **57 N St NW # 120 Washington, DC 20001** | **TD Bank** |

☐ D _____
■ E/F    **3.168**_____
☐ G _____

| Fill in this information to identify the case: |
|---|

Debtor name  **Tomu, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$532,197.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$1,138,919.49** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$39,378.33** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Tomu, Inc.**                                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **ICC NTA LLC**<br>**305 North Oakland Ave**<br>**P.O. Box 490**<br>**Nappanee, IN 46550** | See attached Exhibit SOFA3 | $10,342.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Pillar One Consulting LLC**<br>**227 Armstrong Place**<br>**Gaithersburg, MD 20878** | See Exhibit SOFA3 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Consulting** |
| 3.3. **Rick Jones Electric, LLC**<br>**8790 Rosehaven Lane**<br>**Frederick, MD 21701** | See Exhibit SOFA3 | $10,528.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **SPARTAN SURFACES**<br>**SPARTAN SURFACES**<br>**PO BOX 69261**<br>**Baltimore, MD 21264-9261** | See attached Exhibit SOFA3 | $13,809.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Christopher Osaka**<br>**57 N St NW # 120**<br>**Washington, DC 20001**<br>**President, Majority Shareholder** | See attached Exhibit SOFA4 | $62,962.70 | **Salary** |
| 4.2. **Malcolm Johnson**<br>**29 W Baltimore St**<br>**Funkstown, MD 21734**<br>**Stepfather of Christopher Osaka** | June 28, 2025 to May 2, 2025 | $65,230.70 | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | **Tomu, Inc.** | | Case number *(if known)* | |

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **8150 Properties, Inc. vs. Tomu, Inc.**<br>**1:25-cv-01130-JKB** | **Fraud, Conversion, Breach of Contract** | **U.S.D.C. Md. (Baltimore Division)**<br>**101 W. Lombard Street**<br>**Baltimore, MD 21201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Hagerstown Paint & Glass Co., Inc. vs. Tomu, Inc.**<br>**C-21-CV-25-000300** | **Contract** | **Circuit Court For Washington County - Ci**<br>**24 Summit Avenue**<br>**Hagerstown, MD 21740** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Rimini Holdings Series, LLC v. Tomu, Inc. -**<br>**Case 01-25-0002-8308** | **Arbitration** | **American Arbitration Association**<br>**2200 Century Parkway, Suite 300**<br>**Atlanta, GA 30345** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Debtor | Tomu, Inc. | Case number *(if known)* | |
|---|---|---|---|

---

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McNamee Hosea,  P.A.** **6404 Ivy Lane, Suite 820** **Greenbelt, MD 20770** | **Attorney Fees** | **4/29/25: $7,500** **5/20/25: $2,500** | **$10,000.00** |
| | **Email or website address** **www.mhlawyers.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5711 Industry Lane Unit 38** **Frederick, MD 21704** | **2/1/21 to 8/14/23** |

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

---

Debtor    **Tomu, Inc.**                                                    Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Tomu, Inc. 401k Plan** | EIN: **81-5021593** |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Capital Bank, N.A.<br>2275 Research Boulevard<br>Suite 600<br>Rockville, MD 20850 | XXXX-3074 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **CD** | 4/11/25 | $52,082.46 |
| 18.2. | Capital Bank, N.A.<br>2275 Research Boulevard<br>Suite 600<br>Rockville, MD 20850 | XXXX-3075 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **CD** | 1/23/25 | $51,545.26 |
| 18.3. | Capital Bank, N.A.<br>2275 Research Boulevard<br>Suite 600<br>Rockville, MD 20850 | XXXX-3076 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **CD** | 12/16/24 | $51,271.26 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Tomu, Inc.**                                                                Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **Capital Bank, N.A.** **2275 Research Boulevard** **Suite 600** **Rockville, MD 20850** | **XXXX-3077** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **CD** | **12/6/24** | **$51,199.39** |
| 18.5. | **Capital Bank, N.A.** **2275 Research Boulevard** **Suite 600** **Rockville, MD 20850** | **XXXX-3078** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ■ Other **CD** | **11/29/24** | **$51,149.15** |
| 18.6. | **JPMorgan Chase** **270 Park Avenue** **New York, NY 10017** | **XXXX-8166** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **7/6/24** | **$120.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor    **Tomu, Inc.**                                                                 Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:**  Details About the Debtor's Business or Connections to Any Business |
|---|

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Supporting Strategies Northwest MD**<br>**23219 Stringtown Road # 353**<br>**Clarksburg, MD 20871** | **3/1/22 to Present** |
| 26a.2. | **Pillar One Consulting LLC**<br>**227 Armstrong Place**<br>**Gaithersburg, MD 20878** | **5/9/22 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Mongio & Associates CPAs LLC**<br>**1100 South Miami Avenue**<br>**Miami, FL 33130** | **4/3/23 to 4/2/25** |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page  **7**

| Debtor | **Tomu, Inc.** | Case number *(if known)* |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **See 26.a** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Deleon and Stang**<br>**150 S. East St., Suite 103**<br>**Frederick, MD 21701** | **2020 to 2025** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Rick Jones Electric, LLC**<br>**8790 Rosehaven Lane**<br>**Frederick, MD 21701** |
| 26d.2.  **Capital Bank, N.A.**<br>**2275 Research Boulevard Suite 600**<br>**Rockville, MD 20850** |
| 26d.3.  **Start Engine Primary, LLC**<br>**Burbank, CA 91505** |
| 26d.4.  **Insurance Brokers of Maryland**<br>**600 East Main Street**<br>**Emmitsburg, MD 21727** |
| 26d.5.  **Hood Industries, Inc.**<br>**1978 Hood Boulevard**<br>**Suite 100**<br>**Hattiesburg, MS 39401** |
| 26d.6.  **TW Perry**<br>**8519 Connecticut Ave.,**<br>**Chevy Chase, MD 20815** |
| 26d.7.  **Capital Electric**<br>**8711 Westphalia Road**<br>**Fort Washington, MD 20744** |
| 26d.8.  **Weathershield**<br>**One Weathershield Plaza**<br>**Medford, WI 54451** |
| 26d.9.  **Arc Technologies, Inc.**<br>**1481 Folsom Street**<br>**San Francisco, CA 94103** |
| 26d.10.  **Camber Road**<br>**4999 France Ave South**<br>**Minneapolis, MN 55410** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Tomu, Inc. | Case number *(if known)* | |

| | **Name and address** |
| --- | --- |
| 26d.11. | **Oxford Valuation Partners**<br>**244 Fifth Avenue**<br>**New York, NY 10001** |
| 26d.12. | **Chase for Business**<br>**1145 Dahlia Street NW**<br>**Washington, DC 20012** |
| 26d.13. | **New Heights Industrial Park, LLC**<br>**c/o The Bluestone Group,**<br>**225 Broadway, 32nd Floor**<br>**Attn: Eli Tabak**<br>**New York, NY 10007** |
| 26d.14. | **Night Owl Capital Management, LLC**<br>**c/o Andrew Owlett**<br>**102 Greenwich Avenue**<br>**Greenwich, CT 06830** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
| --- | --- | --- | --- |
| 27.1. | **Malcolm Johnson** | **5/6/25** | **1170000** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Malcolm Johnson**<br>**18450 Showalter Road Bay 4**<br>**Hagerstown, MD 21742** | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| --- | --- | --- | --- |
| **Christopher Osaka** | **57 N St NW # 120**<br>**Washington, DC 20001** | **President** | **84** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Debtor    **Tomu, Inc.**                                                          Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2025**

**/s/ Christopher Osaka**                                **Christopher Osaka**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# In re Tomu, Inc.

## Exhibit SOFA3

## 90 DAY TRANSFERS

| Invoice no | Description | Vendor | Chart of account | Bill type | Created date | PO no. | Invoice date | Due date | Currency | Invoice amc | Balance due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 263898 | Plant certification / MOD Processing / MOD Revisions | ICC NTA LLC | Taxes & Licenses | Manual | 03/28/2025 | | 03/22/2025 | 03/22/2025 | USD | $ 4,048.10 | $ 4,048.10 |
| 265027 | Plant certification / MOD Processing / MOD Revisions | ICC NTA LLC | Taxes & Licenses | Manual | 04/28/2025 | | 04/19/2025 | 04/19/2025 | USD | $ 6,288.19 | $ 6,288.19 |
| NTA04732 | Plant certification / MOD Processing / MOD Revisions | ICC NTA LLC | Taxes & Licenses | Manual | 05/02/2025 | | 05/01/2025 | 05/01/2025 | USD | $ 6.69 | $ 6.69 |
| 3678 | Financial Consulting - April 2025 | Pillar One Consulting LLC | Consulting Fees | Manual | 04/02/2025 | | 04/01/2025 | 04/01/2025 | USD | $ 5,000.00 | $ 5,000.00 |
| 3682 | Financial Consulting - May 2025 | Pillar One Consulting LLC | Consulting Fees | Manual | 05/01/2025 | | 05/01/2025 | 05/01/2025 | USD | $ 5,000.00 | $ 5,000.00 |
| 20230803 | 2025.3 Govoni Studio | Rick Jones Electric | Contractors | Manual | 04/10/2025 | | 04/04/2025 | 04/04/2025 | USD | $ 5,210.00 | $ 5,210.00 |
| 20230809 | 2025.1 INVENTORY 2025 | Rick Jones Electric | Contractors | Manual | 04/10/2025 | | 04/09/2025 | 04/09/2025 | USD | $ 465.00 | $ 465.00 |
| 20230808 | 2024.1 NY Hillebrand Labor Only | Rick Jones Electric | Contractors | Manual | 04/10/2025 | | 04/09/2025 | 04/09/2025 | USD | $ 3,710.00 | $ 3,710.00 |
| 20230810 | 2024.10 Kern | Rick Jones Electric | Contractors | Manual | 04/10/2025 | | 04/09/2025 | 04/09/2025 | USD | $ 125.00 | $ 125.00 |
| 20230807 | 2025.1 labor Design / meetings | Rick Jones Electric | Contractors | Manual | 04/10/2025 | | 04/09/2025 | 04/09/2025 | USD | $ 750.00 | $ 750.00 |
| 20230817 | 2024.1 NY Hillebrand Material Only | Rick Jones Electric | Job Supplies | Manual | 04/21/2025 | | 04/16/2025 | 04/16/2025 | USD | $ 96.08 | $ 96.08 |
| 20230818 | 2024.4 Okoft. TN house | Rick Jones Electric | Job Supplies | Manual | 04/21/2025 | | 04/16/2025 | 04/16/2025 | USD | $ 172.63 | $ 172.63 |
| 694529; 694675 | | SPARTAN SURFACES | Inventory Asset | Manual | 03/28/2025 | | 03/28/2025 | 04/12/2025 | USD | $13,809.68 | $13,809.68 |

# In re Tomu, Inc.

## Exhibit SOFA4

## 1 YEAR TRANSFERS

| Employee | Payroll pay date | Gross earnings | Net pay |
|---|---|---|---|
| Christopher Osaka | 05/02/2025 | $1,384.62 | $948.87 |
| Christopher Osaka | 03/28/2025 | $2,311.85 | $2,000.00 |
| Christopher Osaka | 02/07/2025 | $1,384.62 | $1,023.96 |
| Christopher Osaka | 02/23/2025 | $6,497.03 | $6,000.00 |
| Christopher Osaka | 01/10/2025 | $1,384.62 | $1,023.96 |
| Christopher Osaka | 11/20/2024 | $5,000.00 | $4,617.50 |
| Christopher Osaka | 11/29/2024 | $3,076.92 | $2,542.48 |
| Christopher Osaka | 11/15/2024 | $3,076.92 | $2,542.47 |
| Christopher Osaka | 11/01/2024 | $3,076.92 | $2,542.48 |
| Christopher Osaka | 10/18/2024 | $3,076.92 | $2,542.48 |
| Christopher Osaka | 10/04/2024 | $3,076.92 | $2,727.09 |
| Christopher Osaka | 09/20/2024 | $3,076.92 | $2,727.10 |
| Christopher Osaka | 09/06/2024 | $3,076.92 | $2,727.09 |
| Christopher Osaka | 08/19/2024 | $5,000.00 | $4,617.50 |
| Christopher Osaka | 08/23/2024 | $2,307.69 | $2,016.72 |
| Christopher Osaka | 08/09/2024 | $2,307.69 | $2,016.70 |
| Christopher Osaka | 07/26/2024 | $2,307.69 | $2,016.72 |
| Christopher Osaka | 07/12/2024 | $2,307.69 | $2,016.71 |
| Christopher Osaka | 06/28/2024 | $2,307.69 | $2,016.71 |
| Christopher Osaka | 06/14/2024 | $2,307.69 | $2,016.71 |
| Christopher Osaka | 05/31/2024 | $2,307.69 | $2,016.72 |
| Christopher Osaka | 05/17/2024 | $2,307.69 | $2,016.69 |
| | | | |
| Total | | $62,962.70 | 54716.66 |

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re

**Tomu, Inc.,**

| | |
|---|---|
| | **Case No.** |
| | **Chapter**  7 |
| Debtor(s) | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept a flat fee of | $ | 10,000.00 |
| Filing Fees | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

2.        The source of the compensation paid to me was:

■    Debtor    ☐    Other (specify):

3.        The source of compensation to be paid to me is:

■    Debtor    ☐    Other (specify):

4      ■        I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

☐        I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.        In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.    All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case;
f.    [Other provisions as needed]

6.        By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

     I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date:  **June 25, 2025**

**/s/ Justin P. Fasano**
Signature of attorney

**Justin P. Fasano**
Name, Bar Number

**McNamee Hosea,  P.A.**
Firm

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Address

**301-441-2420**
Telephone

**jfasano@mhlawyers.com**
Email Address

8150 Properties, Inc.
800 Van Cliburn Way # 6021
Fort Worth, TX 76107


84 Lumber
6150 Buchanan Trail East
Waynesboro, PA 17268


Aaron & Jennifer St. Pierre
30 Balsam Drive
Readfield, ME 04355


Agna Guden
1838 Flagstaff Ct
Seal Beach, CA 90740


Aiste Cechaviciute
5850 Birch Ct
Apt 10
Oakland, CA 94618


Aiste K Guden
1442 Kentfield Ave
#A
Redwood City, CA 94061


Alexander Young
2470 Manderville Lane
Apt 1412
Alexandria, VA 22314


almuruna farada trust
11816 INWOOD RD
Dallas, TX 75244


Anna Marie Charles
9428 Berkley Lane
Frederick, MD 21701

Annette Yvonne Johnson
29 West Baltimore Street
Funkstown, MD 21734


Antonio San Martin
815 Evian
San Antonio, TX 78260


Arminas Wagner
2506 Grassy Spring Pl
Las Vegas, NV 89135


ATINUKE ABIJO
901 Riggins Road
733
Tallahassee, FL 32308


baris guler
15211 Cabrillo Way
Austin, TX 78738


Bedrosians Tile & Stone
4460 West Shaw Avenue
Fresno, CA 93722


Benjamin Droz
57 N st NW
#222
Washington, DC 20001


BFS Operations, LLC. (TW Perry)
8101 Snouffer School Road
Gaithersburg, MD 20879


Brad Gleeson
31600 Night Owl Ave Ave NE
Kingston, WA 98346

Brady Rall
1101 N Kentucky St
Arlington, VA 22205


Brenda Okoth
11816 Inwood Road
Unit 70572
Dallas, TX 75224


Brian M. Maul
Law Office of Brian M. Maul, LLC
47 East South Street
Suite 401
Frederick, MD 21701


Brigit Cheshire
2567 NW Northrup St
Portland, OR 97210


Bryan Grudowski
3221 Commerce St. #409
Dallas, TX 75226


Capital Bank, N.A.
2275 Research Boulevard Suite 600
Rockville, MD 20850


Capital Electric
12111 Insurance Way
Hagerstown, MD 21740


CARTER LUMBER
601 Tallmadge Road
Kent, OH 44240


Castaway Plumbing, Inc.
9136 Reichs Ford Road
Frederick, MD 21704

Cechavicius Family Living Trust
8 MONTANA CT
PO BOX 275
Blue Diamond, NV 89004


Charles Megwa
125 Church Street
Suite 90-104
Pembroke, MA 02359


Charles Moore
1331 Appling Dr
Mount Pleasant, SC 29464


Chase
PO Box 1423
NC 28200-1423


Cheryle R Muckey
409 5th St S
Ellendale, ND 58436


Christopher Andrew Wan
715 Lake Shore Drive
Parsippany, NJ 07054


Christopher Bouthilette
910 M St NW
Apt 704
Washington, DC 20001


Christopher Davis
303 Perimeter Center N Ste 300
Atlanta, GA 30346


Christopher Osaka
57 N St NW # 120
Washington, DC 20001

CLARIAN COUNSEL
700 12th Street Suite 700
Washington, DC 20005


Cody Heisinger
181 Brookdale Road
Stamford, CT 06903


Cody James Patterson
8236 97th Ave
Vero Beach, FL 32967


Comfort Design Inc.
620 Pennsylvania Ave.
Winchester, VA 22604


Comptroller of Maryland
Revenue
110 Carroll Street
Annapolis, MD 21411


Craig F Pfannenstiehl
101 Deer Path Lane
Weston, MA 02493


Daina Kuzmickas
8005 Gramercy Blvd
Apt 301
Derwood, MD 20855


Daniel Hagen
420 Del Norte Street
Los Angeles, CA 90065


Daniel Theo- Gonzalez
3231 Dewer On
Honolulu, HI 96818

David Glen Carpenter
175 1st st s 3401
Saint Petersburg, FL 33701


Dawn Blessing
1283 Portola Dr
San Francisco, CA 94127


Dawn Wetterhahn
275 Marlboro Road
Wood Ridge, NJ 07075


DeLeon & Stang CPAs and Advisors
150 S East St.
Suite 103
Frederick, MD 21701


Demetria Larsen
1744 W Montana Ct
Nixa, MO 65714


Devin Lovgren
1017 8th Street
Fairbury, NE 68352


Douglas J Muckey
409 5th St S 693
Ellendale, ND 58436


Duane Jones
2103 W Canyon Dr
Coeur D Alene, ID 83815


Eastern Lift Truck Co.
18122 West Oak Ridge Drive
Hagerstown, MD 21740

Edward Medlock
19 Palmer Lane
Asheville, NC 28804


Edward Uhler
5454 SW 28th Ave
Ocala, FL 34471


Eileen O'Brien
Bramnick Creed
4550 Montgomery Avenue Suite 760N
Bethesda, MD 20814


Eleanor Wynn
6311 Palomino Way
West Linn, OR 97068


Elizabeth Hartley
110 Gulf Shore Dr
Unit 424
Destin, FL 32541


Emily Strong
1699 Longwood Drive
Cleveland, OH 44124


Farbod Farzan
1500 Harbor Blvd
242
Weehawken, NJ 07086


Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987


Gintare Dailey
1285 Tomahawk Dr
Salt Lake City, UT 84103

Gisela PerezGonzalez
12812 Raysbrook Drive
Riverview, FL 33569


Gloria Su
6263 Ivar Ave.
Temple City, CA 91780


Gordon Electric Supply, Inc.
1290 North Hobbie Avenue
Kankakee, IL 60901-0231


Gordon Lee Osaka
35 All Saints St
319
Frederick, MD 21701


Greg Sloan
4324 Walsh Drive
Atlanta, GA 30338


Hagerstown Kitchens, Inc.
19221 Longmeadow Road
Hagerstown, MD 21742


Hagerstown Paint & Glass Co., Inc.
18136 Oak Ridge Drive
Hagerstown, MD 21740


Hampton Inn - Hagerstown I-81 HGRMG
18300 Peak Circle
Hagerstown, MD 21742


Hicksville Planing Mill
14464 Hicksville Road
Clear Spring, MD 21722

Hipolito Catarino
2251 Sahara Dr
Lake Havasu City, AZ 86403


Hood Industries, Inc.
18450 Showalter Road
Bay #9
Hagerstown, MD 21742


ICC NTA LLC
305 North Oakland Ave
P.O. Box 490
Nappanee, IN 46550


Igor Stankevic
Karaliauciaus g. 9A-38
Belle Rive, IL 62810


Immerse Stays MT LLC
Anejandro Bencomo
3815 Eastside St, #1006
Houston, TX 77098


Innovative Rock and Water Inc.
107 W 37th St
Garden City, ID 83714


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Jacent Davis
1705 Porchrest Way
Antioch, TN 37013


Jacob Weddle
Remus, Weddle & Cavenee, LLC
18 West Church Street
Frederick, MD 21701

James Stone
Kane & Stone, P.A.
28 West Washington Street
3rd Floor
Hagerstown, MD 21740


Jeffry Mercado
201 Park Plaza
C514
San Diego, CA 92101


Jimmie Reives
2984 N Fork Rd
Fernley, NV 89408


John Foss and Scott Barsin
312 Sunset Road
West Palm Beach, FL 33401


John Nevin
101 Clapboard Hill Rd
Westport, CT 06880


Jonathan Charles
9428 Berkley Ln
Frederick, MD 21701


Joseph Champlin
200 E Church St
Frederick, MD 21701


Josiah Barnes
311 Hart St
2A
Brooklyn, NY 11206


JPMorgan Chase
270 Park Avenue
New York, NY 10017

Julie Ahn
6618 Morning View Court
Alexandria, VA 22315


Justin LeBlanc
115 St. Moritz Dr.
Tafton, PA 18464


Kasey Wertheim
401 Sandy Hollow Road
Bridgeport, WV 26330


Kevin McGowan
200 Farm Ln
Martinez, CA 94553


Kyle Istvanditsch
4508 Alverstone Pl
Lexington, KY 40515


Larry Ginesi
1620 Carneros Meadows Ln
Ste 16
Sonoma, CA 95476


Lauren Hughes
9443 Flowerden Lane
Manassas, VA 20110


Laurence Schor, Esq. et al.
Asmar Schor & McKenna PLLC
5335 Wisconsin Ave NW Suite 950
Washington, DC 20015


Lexington Realty International
911 East County Line Road # 206
Lakewood, NJ 08701

Liam Millette
54 Bishop Dr
Cumberland, RI 02864


Lisa Cronk
316 Hamilton St
Evanston, IL 60202


Lucas Sharp and Chantra Malee
17 Madrone Avenue
Woodacre, CA 94973


Maansi Viresh Doshi
1409 La Salle Drive
Turlock, CA 95382


Mark Matson
823 NE Failing
Portland, OR 97212


Mark Meer
2845 Council Street
Los Angeles, CA 90026


Mark Ray Bergthold
2515 NW Chapel Hill Drive
Woodland, WA 98674


Mark Volkmann
656 Coleman Boulevard
Suite 705
Mount Pleasant, SC 29464


Marteen Besteder
5016 Mission Boulevard
San Diego, CA 92109

Matthew Kirn
3839 Fair Oak Circle
Fairfax, VA 22030


Matthew Kirn
3839 Farr Oak Circle
Fairfax, VA 22030


Matthew Patrick Callahan
9324 NE Levee Rd.
Portland, OR 97211


Maurice Thompson
1301 North Stockton Street
Stockton, CA 95203


MB Aparat
Vytenio st. 50-306
Contoocook, NH 03229


Megan Schaefer
4 Steven Luke Ln
Friendswood, TX 77546


Michael Baldacchino
26 Cypress Drive
Eustis, FL 32726


Michael Hillebrand
16 Ledgewood Drive
Smithtown, NY 11787


Michael Hillebrand
16 Ledgewood Dr
Smithtown, NY 11787

Michael Paladino
2515 Peaceful Prairie Ct
Las Vegas, NV 89135


Michael Robertson
4208 Morningside Cir
Great Falls, MT 59405


Michelle Bertrand
2 Parker Drive
Hudson, NH 03051


Michelle BertrandMichelle Bertrand
2 Parker Drive2 Parker Drive
Alto, GA 30510


Mimi Kress
6630 Marywood Road
Bethesda, MD 20817


Monette Balite-Lacap
6637  Salt Basin St
North Las Vegas, NV 89084


Natalie Cordes
135 West 82nd Street
Apt 5
New York, NY 10024


Natalie Cordes
135 W 82nd Street
5
New York, NY 10024


Neryo Davydov
400 NE 12th Ave #402
Hallandale, FL 33009

Neuberger, Quinn, Gielen, Rubin & Gibber
1 South Street, 27th Floor
Attn: Isaac M. Neuberger, Esq.
Baltimore, MD 21202


New Heights Industrial Park, LLC
c/o The Bluestone Group,
225 Broadway, 32nd Floor
New York, NY 10007


NKN Big Lost River, LLC
Attn: Stepanie Perenchio
PO Box 90 PMB 408
Sun Valley, ID 83353


Offsight Inc.
440 N BARRANCA AVE #8018
Covina, CA 91723


Patricia Anne Slagle
2457 Five Shillings Rd
Frederick, MD 21701


Paul Voss
6435 Woodland Ferry Rd
Seaford, DE 19973


Penny Tiglias
75 Thayer Rd
Manhasset, NY 11030


Pillar One Consulting LLC
227 Armstrong Place
Gaithersburg, MD 20878


PJ's Roofing, Inc.
103 Bosc Court
Thurmont, MD 21788

R.J. Lock & Security
1101 Jefferson Boulevard
Hagerstown, MD 21742


Ravikanth Darbha
1412 Sierra Glen Circle
Apex, NC 27502


Richard Bronstein
1837 Ridgeview Dr
Allentown, PA 18104


Rick Jones Electric, LLC
8790 Rosehaven Lane
Frederick, MD 21701


Rimini Holdings Series, LLC
c/o Marco Govoni
17308 Stedman Drive
Dallas, TX 75252


Roderick Herron
20236 Executive Drive
Tanner, AL 35671


Rodriguez Wright
1390 North McDowell Boulevard
Suite G, 324
Petaluma, CA 94954


Roman Smolevskiy
8634 Marsh Creek Ct
Roseville, CA 95747


Ronald Mathew Abel
510 Mt Dell Dr
Clayton, CA 94517

Rusne Kuzmickas
57 N St NW
Washington, DC 20001

Ruta Kuzmickas
2215 NE 18th Ave
Portland, OR 97212

Sachie Tani Kohlman
726 Dennis Ave
Silver Spring, MD 20901

Saltavore Scanio
688 Lake Varuna Mews
Gaithersburg, MD 20878

Sean Gill
80 Birch Hill Road
Stow, MA 01775

Sean Lynch
6 Lyric Arbor Circle
Spring, TX 77381

Shabnam Ahmed
6800 Willow Creek Road
Bowie, MD 20720

Sharad Swami
12282 Lazio Ln
Frisco, TX 75035

Shawley's LP Gas
18034 Shawley Drive
Hagerstown, MD 21740

Shawna Dryden
1814 Mallow Street
Grovetown, GA 30813


Simon Kelner
315 Kimball Ave
Westfield, NJ 07090


Soo Choi
5712 Winner Ave
Baltimore, MD 21215


Spark Root Development LLC
c/o Sunil Lavani
6700 Bridge Hill COve
Austin, TX 78746


Spartan Forest Products
335 North Constitution Avenue
New Freedom, PA 17349


SPARTAN SURFACES
SPARTAN SURFACES
PO BOX 69261
Baltimore, MD 21264-9261


Stanley Willis
2558 Shinnecock Ct
Murfreesboro, TN 37127


Stein Sperling
1101 Wootton Parkway
Suite 700
Rockville, MD 20852


Steven DeSouza
1111 South Atlantic Street
Seattle, WA 98134

Stuart Forbes
211 Crosswind Drive
Waxahachie, TX 75167


Susan Deehan Slagle
2022 Rosemont Ave
Frederick, MD 21702


TargetPath
9375 SW Commerce Circle, Ste 7
Wilsonville, OR 97070


TD Bank
1701 Route 70 East
Cherry Hill, NJ 08034


Temperature Matters LLC
308 West 8th Street
Waynesboro, PA 17268


Texas Department of Licensing and Regula
P. O. Box 12157
Austin, TX 78711


Thomas Mueller
9571 Crestwood Lane
Anaheim, CA 92804


Thong Tran
910 M Street NW
704
Washington, DC 20001


Thos. Somerville Co.
16155 Trade Zone Ave
Upper Marlboro, MD 20774

Tom Hillsten
367 18th St SE
Cedar Rapids, IA 52403


Travis James Berrian
5306 se 17th ave
Portland, OR 97202


Tyler Charles
160616 Dublin Road
Walkersville, MD 21793


Venkat rengaramani Gokuladoss
828 Terrastone Pl
Cary, NC 27519


Vilija Kuzmickas
301 1st Ave New York
Washington, DC 20001


Vinaykumar Bagam
15 Colonial Dr
Goshen, NY 10924


VLMK Engineering & Design
3933 South Kelly Avenue
Portland, OR 97239


VLP Law Group
446 Old County Road Suite 100-114
Pacifica, CA 94044


Wells Fargo
SBL PO Box 29482
Phoenix, AZ 85038-8650

William C. Wantz, Esq.
123 West Washington Street
Hagerstown, MD 21740


William Mullane
151 W 7th St
Apt 508
Cincinnati, OH 45202


William Sturm
24540 North Elm Road
Lake Forest, IL 60045


Yuri Ohno
1200 Main Street
102
Trout Lake, WA 98650

# United States Bankruptcy Court
### District of Columbia

In re    **Tomu, Inc.** _____    Case No. _____
                                    Debtor(s)          Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tomu, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 25, 2025** _____        **/s/ Justin P. Fasano** _____
Date                              **Justin P. Fasano**
                                  Signature of Attorney or Litigant
                                  Counsel for    **Tomu, Inc.** _____
                                  **McNamee Hosea,  P.A.**
                                  **6404 Ivy Lane, Suite 820**
                                  **Greenbelt, MD 20770**
                                  **301-441-2420 Fax:301-982-9450**
                                  **jfasano@mhlawyers.com**